**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:11-cr-0010 OWW |
| | ) | |
| Plaintiff, | ) | ORDER TRANSFERRING ACTION |
| | ) | |
| v. | ) | |
| | ) | |
| JONATHAN GREENWOOD, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| UNITED STATES OF AMERICA, | ) | 1:08-cr-0232 LJO |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JONATHAN GREENWOOD, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to the filing of the Notice of Related Cases in the case numbers 1:11-cr-0010 OWW and 1:08-cr-0232 LJO on January 11, 2011, case number 1:11-cr-0010 OWW is transferred to the docket of District Judge Lawrence J. O'Neill to effect a savings of judicial effort and judicial economy.

IT IS SO ORDERED.

Dated:   January 18, 2011              /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE

1