| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664<br>Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057<br>Assistant Federal Defender |
| 3 | Branch Chief, Fresno Office<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| 5 | Telephone: (559) 487-5561 |

**FILED**

NOV 18 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:08-cr-0232 LJO + 1:11 CR 10-01-WJO |
| | ) | |
| Plaintiff, | ) | **APPLICATION AND ORDER** |
| | ) | **APPOINTING PANEL COUNSEL** |
| vs. | ) | |
| | ) | |
| JONATHAN GREENWOOD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant, Jonathan Greenwood, through the Federal Defender for the Eastern District of California, hereby requests appointment of CJA Panel counsel. Defendant has been represented by panel attorney, Eric Fogderude on his violation of supervised release. Defendant was sentenced on November 12, 2013 and wishes to appeal his sentence. Mr. Fogderude is unable to represent Mr. Greenwood on appeal but panel attorney Carolyn Phillips has agreed to represent Mr. Greenwood on appeal. It is requested that Carolyn Phillips be appointed for the purpose of representing Mr. Greenwood on appeal and Mr. Fogderude be terminated as attorney of record.

Dated: November 15, 2013

/s/ for CHARLES J. LEE
Assistant Federal Defender
Branch Chief, Fresno Office

## ORDER

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints CJA Panel Counsel pursuant to 18 U.S.C. § 3006A for the purpose of the Appeal.

Dated: November 15, 2013

LAWRENCE J. O'NEILL
United States District Judge