|   |   |
|---|---|
| 1 | Carolyn D. Phillips # 103045 |
|   | Attorney at Law |
| 2 | P.O. Box 5622 |
|   | Fresno, CA 93755-5622 |
| 3 | (559) 248-9833 |
| 4 | Attorney for defendant Jonathan Greenwood |

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:11-cr-010 AWI |
|---|---|---|
|  | ) | <u>CORRECTED</u> |
| Plaintiff, | ) | STIPULATION TO SET |
|  | ) | HEARING FOR |
| v. | ) | RESENTENCING AFTER |
|  | ) | REMAND; |
| JONATHAN GREENWOOD, | ) | ORDER |
|  | ) |  |
| _____ Defendant. _____ | ) |  |
|  | ) |  |
| UNITED STATES OF AMERICA, | ) | No. 1:08-cr-0232 AWI |
|  | ) | <u>CORRECTED</u> |
| Plaintiff, | ) | STIPULATION TO SET |
|  | ) | HEARING FOR |
| v. | ) | RESENTENCING AFTER |
|  | ) | REMAND; [PROPOSED] |
| JONATHAN GREENWOOD, | ) | ORDER |
|  | ) |  |
|  | ) | Date:  July 21, 2014 |
| _____ Defendant. _____ | ) | Time:  10:00 a.m. |
|  |  | Crtrm:  Judge Anthony W. Ishii |

The parties by and through their counsel of record hereby stipulate to set a hearing for sentencing following the vacating of the prior sentence and remand by the

<u>Corrected</u> Stipulation To Set Hearing For Resentencing After Remand; Order
*United States v. Jonathan Greenwood, Case No. 1:08-cr-0232 AWI*

1

Ninth Circuit Court of Appeal for resentencing of cases consolidated on appeal, 1:08-cr-232 and 1:11-cr-010.

The parties hereby stipulate to set a hearing for resentencing as to both cases 1:08-cr-232 and 1:11-cr-010 for July 21, 2014 at 10 a.m., before the Hon. Anthony W. Ishii, and request that Mr. Greenwood be transported from USP Lompoc to Fresno for purposes of resentencing.

IT IS SO STIPULATED

Dated:  May 22, 2014          /s/ Carolyn D. Phillips
                              CAROLYN D. PHILLIPS
                              Attorney for Defendant
                              JONATHAN GREENWOOD


Dated:  May 22, 2014          BENJAMIN B. WAGNER

                              United States Attorney


                              /s/Kimberly Sanchez
                              KIMBERLY SANCHEZ
                              Assistant United States Attorney

*Corrected* Stipulation To Set Hearing For Resentencing After Remand; Order
*United States v. Jonathan Greenwood, Case No. 1:08-cr-0232 AWI*

2

**ORDER**

Good cause appearing the parties' stipulation is adopted by the Court, and IT IS ORDERED that JONATHAN GREENWOOD will be transported from USP Lompoc to Fresno for resentencing on July 21, 2014 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   May 22, 2014                          _____
                                                SENIOR  DISTRICT  JUDGE

*Corrected* Stipulation To Set Hearing For Resentencing After Remand; Order
United States v. Jonathan Greenwood, Case No. 1:08-cr-0232 AWI

3