# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**JONATHON GREENWOOD** | **AMENDED JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: **1:11CR00010-001** |
| **Date of Original Judgment:** 11/15/2013<br>(Or Date of Last Amended Judgment) | ERIC K. FOGDERUDE<br>Defendant's Attorney |

**Reason for Amendment:**

[✔] Correction of Sentence on Remand (Fed R. Crim. P. 35(a))

[] Reduction of Sentence for Changed Circumstances (Fed R. Crim. P. 35(b))

[] Correction of Sentence by Sentencing Court (Fed. R. Crim P. 35(c))

[] Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

[] Modification of Supervision Conditions (18 U.S.C. §3563(c) or 3583(e))

[] Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C.§3582(c)(1))

[] Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C.§3582(c)(2))

[] Direct Motion to District Court Pursuant to [] 28 U.S.C. §2255
   [] 18 U.S.C. §3559(c)(7),   [] Modification of Restitution Order

**THE DEFENDANT:**

[✔] admitted guilt to Charge One as alleged in the violation petition filed 9/11/2013.

[] was found in violation of condition(s) of supervision as to charge(s) after denial of guilt, as alleged in the violation petition filed on.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following offense(s):

| **Title & Section** | **Nature of Offense** | **Date Offense Concluded** |
|---|---|---|
| Charge One | Failure to Reside and Participate at the Residential Re-entry Center | 08/16/2013 |

The court [✔] revokes: [] modifies: [] continues under the same conditions of supervision heretofore ordered on 4/17/2009 and 6/3/2009.

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] Appeal rights given.          [ ] Appeal rights waived.

   IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

7/21/2014
Date of Imposition of Judgment

/s/ ANTHONY W. ISHII
Signature of Judicial Officer

**ANTHONY W. ISHII**, United States District Judge
Name & Title of Judicial Officer

7/22/2014
Date

CASE NUMBER:     1:08CR00232-005                                                                         Judgment - Page 2 of 2
DEFENDANT:       JONATHAN GREENWOOD

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 10 months, Credit for Time Served, to run concurrently to 1:08CR00232-005 .

[ ]   No TSR: Defendant shall cooperate in the collection of DNA.

[ ]   The court makes the following recommendations to the Bureau of Prisons:

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
      [ ] at ___ on ___.
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before ___ on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.
      If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
         Deputy U.S. Marshal